UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-61177-CIV-BLOOM

(12-60298-CR-BLOOM)

MAGISTRATE JUDGE WHITE

FILED by PG D.C.

NOV 01 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

RAEES ALAM QAZI,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

## DECLARATION OF ZACHARY A. CHESSER

I, Zachary A. Chesser, state the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I state this from my personal knowledge.

2. I am the one who came up with the idea of "Open Source Jihad" as a strategic concept. In the first half of 2010, I was the main

1                                                    EXHIBIT A

marketer of Jihadist content online and I was involved with Al-Qa'idah's branch in Somalia. After noting various trends in Al-Qa'idah, the Western Jihadist movement and technology, I came up with the idea of OSJ. The "open source" part refers to open source programming and the idea was that jihad was a separate concept from Al-Qa'idah and other groups so Muslims could act on their own to further that objective without formally joining a particular group. Prior to the publication of my article on OSJ, Al-Qa'idah required Muslims to get

their approval before carrying out terrorist attacks. However, a few months after I published my article, Al-Qa'idah adopted OSJ in its *Inspire Magazine*. The prosecution in this case fundamentally misunderstands OSJ. OSJ was a recognition by Al-Qa'idah that the overall jihad is best-served if they don't control the whole thing. In the context of the Jihadist movement, OSJ is a permission and a recognition of an idea, not a binding order or direction. It's not even Al-Qa'idah's idea originally.

3

2. The prosecution also appears to be confusing a pledge to Al-Qa'idah with the type of pledge people give nowadays to the Islamic State (ISIS). People who follow ISIS give a pledge called a "bay'ah" and they believe it binds them to the leader of ISIS regardless of acceptance because they believe ISIS is a caliphate. Pledges to Al-Qa'idah, while sometimes called "bay'ahs," are contracts requiring both sides to agree to the terms. Mr. Raees' alleged pledges, as described in this case, are totally meaningless. I've actually been recruited

by a branch of Al-Qaidah and what Mr. Raees was alledly doing just isn't how that process works. Even before ISIS, virtually every Jihadist I observed would randomly pledge allegiance to some group due to a misunderstanding of a religious text, but those pledges had no meaning at all. In that era, Al-Qaidah would vet people for extensive periods before even considering allowing them to join or giving them official directions. I was actually recruited by Al-Shabaab, their most open branch at the time, and even then I hadn't

entered an official relationship with them. I had access to their leadership. I was in touch with specific fighters in their ranks. I was part of the Al-Qimmah network which was deeply connected to Al-Shabaab but technically a separate entity. They recruited me and had arrangements to get me to Somalia, but I still never made it to where I was an actual member of the organization taking directions from them. In my experience, what Mr. Raees did is nothing more than an expression of support. It had no real-world meanings or implications

whatsoever.

4. I was suffering from back pain prior to preparing Mr. Raees' Reply and could not provide this to him.

5. I am an experienced litigant who has dealt with both terrorism and First Amendment issues. I've had help learning the law from actual practicing attorneys. I was also raised by two attorneys practicing criminal law. I am the one who came up

with all of the arguments in this case. At first, I conveyed them to Mr. Raees through a sink drain, but I've actually prepared his reply. Prisoners without outside help or random good fortune, at this prison, do not have the resources required to even begin thinking in the way required to make these arguments. I learned about *mens rea*, *actus reus*, causation, etc. because my own case is effected by true threat doctrine and *Elonis v. United States* (a landmark mens rea case). I learned to

think in terms of elements because my case involves 18 U.S.C. § 373 and I misunderstood the meaning of "element" in that law when I pled guilty. Thus, I wound up researching the concept and I also received professional advice on the subject. These are fundamentals which one learns in law school, but the ADX law library doesn't have materials to teach prisoners to *think* like lawyers. I also have a genius IQ and grew up in the best school system in the country, which helps. I don't think it is possible for

9

most prisoners to learn enough about how to view the law to prepare arguments as sophisticated as the ones in the Reply (or the 2255). I reached that through deduction, not instruction, and the fact that I understand these ideas is pure happenstance. I don't have meaningful access to Mr. Raees to teach him. I don't intend to keep preparing his filings. Mr. Raees has no legal knowledge and could not possibly learn enough about the law to pursue claims

10

as sophisticated as these on his own in time to do so. I have five active pro se and semi-pro se cases and I just don't have time to keep helping.

6. I am willing to testify on any relevant subjects in this case if the Court requires more evidence respecting things of which I have knowledge. I would also submit that the same information could be obtained from certain counterterrorism and theological experts. Mr. Raees and I both recognize

11

that it comes across as distasteful if I am the one explaining issues. Mr. Raees is bound by his lack of counsel and the rules of evidence, so I am providing him information from my personal knowledge to make up for his lack of access to other forms of evidence. I'm also willing to do oral argument for Mr. Raees on the issues currently before the Court if that is ~~is~~ somehow necessary and possible.

Executed:

Zachary A. Chesser
9/27/16



To: Judge Patrik White
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, FL 33128-7716

Name: Qazi Rafes
Reg No: 01223-104
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500



Legal Mail