FILED by KP D.C.

NOV 15 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Magistrate Judge White

Case No: 0:16-cv-61177-BB

Qazi Alam Raees,
  Plaintiff,

v.

United States of America,
  Defendant,

Motion For Appointment of Counsel

Pursuant to 28 U.S.C. § 1915(e)(1) Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

-1-

1. Plaintiff is unable to afford counsel (6-month account transaction is attached). He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. Plaintiff received help from another ~~inmate~~ person on his 2255 (currently awaiting verdict). That person has stated in a declaration that he would not be able to help for long with Plaintiff's filings due to his occupancy with his own cases. See Movant's reply to Government's Answer, Exhibit A page 10-12.

4. Plaintiff's education is only up to 12 grade, high school.

5. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

WHEREFORE, Plaintiff requests that the court appoint a cousel in this case.

/s/

Qazi Raees Reg #01223-104
AD max U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO, 81226-8500

Date: 10/25/2016
Time: 6:54:30 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

Start Date: 04/01/2016
End Date: 10/25/2016
Inmate Reg#: 01223104
Account Status: All
Institution: All

Exhibit A

Page 1

Date: 10/25/2016
Time: 6:54:30 AM

Facility: FLX

Federal Bureau of Prisons
TRUFACS
Inmate Statement
Sensitive But Unclassified

CERTIFIED
FCC FLORENCE
OCT 25 2016
F05 TRUST FUND

## General Information

| | |
|---|---|
| Inmate Reg#: | 01223104 |
| Inmate Name: | QAZI, RAEES ALAM |
| Current Site Name: | Florence FCC |
| Housing Unit: | FLM-F-A |
| Living Quarter: | |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 12/7/2012 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 04/01/2016 08:48:09 AM | 2 | | | Sales | $3.80 | | $149.01 |
| FLX | 04/01/2016 08:52:03 AM | 4 | | | Sales | ($1.80) | | $147.21 |
| FLX | 04/07/2016 09:58:14 AM | 29 | | | Sales | ($19.70) | | $127.51 |
| FLX | 04/14/2016 11:12:10 AM | 27 | | | Sales | ($11.40) | | $116.11 |
| FLX | 04/14/2016 11:12:42 AM | 28 | | | Sales | ($0.95) | | $115.16 |
| FLX | 04/15/2016 12:21:49 PM | TFN0415 | | | Phone Withdrawal | ($2.00) | | $113.16 |
| FLX | 04/21/2016 12:03:16 PM | 20 | | | Sales | ($17.35) | | $95.81 |
| FLX | 04/24/2016 05:00:54 PM | TL0424 | | | TRUL Withdrawal | ($2.00) | | $93.81 |
| FLX | 04/28/2016 10:35:38 AM | 40 | | | Sales | ($14.25) | | $79.56 |
| FLX | 04/29/2016 11:52:25 AM | TFN0429 | | | Phone Withdrawal | ($3.00) | | $76.56 |
| FLX | 05/05/2016 09:49:59 AM | 7 | | | Sales | ($16.80) | | $59.76 |
| FLX | 05/05/2016 02:13:31 PM | | | 1168 | Books | ($55.80) | | $3.96 |
| FLX | 05/07/2016 08:03:15 PM | 33316128 | | | Western Union | $100.00 | | $103.96 |
| FLX | 05/11/2016 09:20:34 AM | TL0511 | | | TRUL Withdrawal | ($2.00) | | $101.96 |
| FLX | 05/12/2016 09:58:39 AM | 23 | | | Sales | ($15.45) | | $86.51 |
| FLX | 05/16/2016 12:02:12 PM | TFN0516 | | | Phone Withdrawal | ($3.00) | | $83.51 |
| FLX | 05/19/2016 11:07:36 AM | 29 | | | Sales | ($10.85) | | $72.66 |
| FLX | 05/23/2016 11:20:17 AM | RICP0516 | | | Inmate Co-pay | ($2.00) | | $70.66 |
| FLX | 05/26/2016 10:03:11 AM | 25 | | | Sales | ($16.25) | | $54.41 |
| FLX | 06/02/2016 09:56:45 AM | 12 | | | Sales | ($23.55) | | $30.86 |
| FLX | 06/06/2016 09:24:43 AM | TFN0606 | | | Phone Withdrawal | ($3.00) | | $27.86 |
| FLX | 06/14/2016 06:03:07 PM | 33316166 | | | Western Union | $200.00 | | $227.86 |
| FLX | 06/20/2016 01:14:29 PM | TFN0620 | | | Phone Withdrawal | ($4.00) | | $223.86 |
| FLX | 06/23/2016 10:29:03 AM | 21 | | | Sales | ($45.85) | | $178.01 |
| FLX | 06/30/2016 09:58:08 AM | 26 | | | Sales | ($32.20) | | $145.81 |

Page 2

Date: 10/25/2016  
Time: 6:54:30 AM  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: FLX

## General Information

| Inmate Reg#: | 01223104 | Living Quarter: | F05-106L |
|---|---|---|---|
| Inmate Name: | QAZI, RAEES ALAM | Arrived From: | OKL |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLM-F-A | Account Creation Date: | 12/7/2012 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 07/11/2016 10:31:50 AM | TFN0711 | | | Phone Withdrawal | ($5.00) | | $140.81 |
| FLX | 07/14/2016 11:04:49 AM | 40 | | | Sales | ($41.80) | | $99.01 |
| FLX | 07/20/2016 11:11:19 AM | TFN0720 | | | Phone Withdrawal | ($3.00) | | $96.01 |
| FLX | 07/21/2016 10:30:21 AM | 14 | | | Sales | ($21.90) | | $74.11 |
| FLX | 07/28/2016 09:51:23 AM | 20 | | | Sales | ($54.60) | | $19.51 |
| FLX | 07/28/2016 09:52:22 AM | 21 | | | Sales | ($19.45) | | $0.06 |
| FLX | 08/04/2016 09:43:27 AM | 19 | | | Sales | $0.00 | | $0.06 |
| FLX | 08/05/2016 10:03:01 AM | 33316218 | | | Western Union | $100.00 | | $100.06 |
| FLX | 08/05/2016 10:56:52 AM | TFN0805 | | | Phone Withdrawal | ($2.00) | | $98.06 |
| FLX | 08/11/2016 09:48:30 AM | 26 | | | Sales | ($30.00) | | $68.06 |
| FLX | 08/17/2016 10:52:34 AM | TFN0817 | | | Phone Withdrawal | ($2.00) | | $66.06 |
| FLX | 08/18/2016 09:45:56 AM | 21 | | | Sales | ($15.65) | | $50.41 |
| FLX | 08/25/2016 10:06:11 AM | 8 | | | Sales | ($16.95) | | $33.46 |
| FLX | 09/01/2016 10:06:37 AM | 24 | | | Sales | ($24.70) | | $8.76 |
| FLX | 09/08/2016 09:50:17 AM | 19 | | | Sales | ($1.50) | | $7.26 |
| FLX | 09/11/2016 10:02:34 AM | 33316255 | | | Western Union | $100.00 | | $107.26 |
| FLX | 09/12/2016 11:17:42 AM | TFN0912 | | | Phone Withdrawal | ($4.00) | | $103.26 |
| FLX | 09/14/2016 12:42:19 PM | TFN0914 | | | Phone Withdrawal | ($5.00) | | $98.26 |
| FLX | 09/15/2016 09:52:01 AM | 34 | | | Sales | ($31.65) | | $66.61 |
| FLX | 09/22/2016 10:12:27 AM | 8 | | | Sales | ($30.95) | | $35.66 |
| FLX | 10/06/2016 12:02:09 PM | 13 | | | Sales | ($31.85) | | $3.81 |
| FLX | 10/06/2016 12:11:38 PM | 15 | | | Sales | ($0.45) | | $3.36 |
| FLX | 10/10/2016 01:03:10 PM | 33316284 | | | Western Union | $100.00 | | $103.36 |
| FLX | 10/13/2016 10:14:46 AM | 26 | | | Sales | ($69.60) | | $33.76 |
| FLX | 10/20/2016 09:35:50 AM | 16 | | | Sales | ($1.50) | | $32.26 |

Page 3

Date: 10/25/2016
Time: 6:54:30 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 01223104 | Living Quarter: | F05-106L |
| Inmate Name: | QAZI, RAEES ALAM | Arrived From: | OKL |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLM-F-A | Account Creation Date: | 12/7/2012 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 10/21/2016 12:54:35 PM | TFN1021 | | | Phone Withdrawal | ($5.00) | | $27.26 |
| | **Institution Count:** | 51 | | | | | | |
| | **Total Count:** | 51 | | | **Totals:** | **($117.95)** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $27.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.26 |
| **Totals:** | **$27.26** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$27.26** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $600.00 | $666.55 | $73.80 | $103.36 | $36.47 | N/A | N/A |

Page 4

Name: Razi Rapes
Reg. No.: 01223-104
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Highmax

Legal Mail

USMS INSPECTED

RECEIVED

DENVER CO 802

To: Judge White
Office of the Clerk Room 8N09
400 N Miami Ave
Miami, FL, 33128-7716

33128-460549