UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-61177-BLOOM

RAEES ALAM QAZI,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ON MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

**THIS CAUSE** is before the Court upon *pro se* Movant Raees Alam Qazi's Motion for Leave to Proceed on Appeal *in Forma Pauperis*, ECF No. [26] (the "Motion"). The Court has carefully reviewed the Motion, the record in this case, the applicable law, and is otherwise fully advised. For the reasons set forth below, the Motion is denied.

Federal Rule of Appellate Procedure 24 provides that

> a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
> 
>     (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
> 
>     (B) claims an entitlement to redress; and
> 
>     (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Permission to proceed *in forma pauperis* is committed to the sound discretion of the Court. *Camp v. Oliver*, 798 F.2d 434, 437 (11th Cir. 1986).

Upon review, the Court concludes that the Motion fails to comply with Rule 24 of the Federal Rules of Appellate Procedure. It lacks an affidavit that shows Qazi's inability to pay, "claims an entitlement to redress," and "states the issues that [Movant] intends to present on

Case No. 16-cv-61177-BLOOM

appeal." Fed. R. App. P (24)(a)(1). The Motion simply states that Qazi "moves this court to grant him leave to pr[o]ce[e]d[] on appeal . . . without prepayment of costs, fees, or giving security therefore." ECF No. [26]. This request alone is insufficient.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [26]**, is **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 22, 2022.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Raees Alam Qazi, pro se
01223-104
Lee-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 305
Jonesville, VA 24263-0305